UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JOHN GIOVANETTI,

        Plaintiff,                STIPULATION OF
                                        DISCONTINUANCE

-against-

CSX TRANSPORTATION, INC.,          Civil Action No: 11-CV-960

        Defendant.               DNH/RFT
-------------------------------------------------------

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, against the defendant, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 15, 2013

WILLIAMS CUKER BEREZOFSKY             McNAMEE, LOCHNER, TITUS
                                                                       & WILLIAMS, P.C.

By: _____          By: _____
     Samuel Ableoser, Esq.                          Scott A. Barbour, Esq.
     Attorneys for Plaintiff                           Attorneys for Defendant
     1515 Market Street, Suite 1300            677 Broadway, 5th Floor
     Philadelphia, Pennsylvania 19102          Albany, New York 12201-0459

                                                                       SO ORDERED:
                                                                       DAVID N. HURD
                                                                       United States District Judge
                                                                       Dated: 5/16/13
                                                                       Utica, NY