UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------

JOHN GIOVANETTI,

        Plaintiff,

-against-

CSX TRANSPORTATION, INC.,

        Defendant.

-------------------------------------------------

STIPULATION OF DISCONTINUANCE

Civil Action No: 11-CV-960

DNH/RFT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, against the defendant, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 15, 2013

WILLIAMS CUKER BEREZOFSKY

By: _____
Samuel Ableoser, Esq.
Attorneys for Plaintiff
1515 Market Street, Suite 1300
Philadelphia, Pennsylvania 19102

McNAMEE, LOCHNER, TITUS
& WILLIAMS, P.C.

By: _____
Scott A. Barbour, Esq.
Attorneys for Defendant
677 Broadway, 5th Floor
Albany, New York 12201-0459

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 5/16/13
Utica, NY